**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO VICTOR E.,[1]<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 2:26-cv-02595-CTS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order,

IT IS ADJUDGED that the decision of the Administrative Law Judge is reversed, and this matter is remanded to the Social Security Administration for further administrative proceedings consistent with the Court's Order.

DATED: November 13, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.